**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6977**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HAROLD DWIGHT WOOTEN,

Defendant - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  Frank W. Bullock, Jr., District Judge. (CR-98-94-1, CA-00-725-1)

---

Submitted:  September 19, 2002      Decided:  September 30, 2002

---

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Matthew R. Hubbell, Charleston, South Carolina, for Appellant. Sandra Jane Hairston, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Harold Dwight Wooten seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Wooten has not made a substantial showing of the denial of a constitutional right. See United States v. Wooten, Nos. CR-98-94-1; CA-00-725-1 (M.D.N.C. May 22, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2